PAID
FL000825

ENTERED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FILED

2010 OCT 21  P 3: 02

Mary K. Miller
_____
Plaintiff,

v.

Civil Case No.
District Court:
Magistrate Judge:

1 0 - 1 4 2 3 0
U.S. DISTRICT COURT CLERK
EAST DIST. MICH
FLINT

General Motors Corporation
Defendant(s).
United Auto Workers

JUDGE STEPHEN J. MURPHY, III

MONA K. MAJZOUB

COMPLAINT    Jury Demand

All that me, and my son, have been put through because of Retaliations by my General Motors' Human Relations (HR), Larry Roberts, and also by my female co-worker, Linda Warrior Teague, because I would not conform to their wicked and hateful ways, have literally destroyed our lives emotionally, "financially," and socially. Because I have always been quiet, reserved, private, and nonconfrontational, I was molested at about age 8, stalked and raped in a home invasion at age 22, and then sexually harassed, 'stalked' on the job, lied on, and cursed out at work, by mgt, my local union workers, co.workers, GM mgt, and the UAW, because my rape was during my employment at GM, in 1979, so because I rejected Larry Roberts and Linda Warrior Teagues Sexual advances and attractions to me, Larry Roberts used my rape against me because it was in my personal, and allowed (file),

Linda to continue to chronically harass me, even after he had Wrongfully terminated me, for reporting Linda's 'stalking' me, on 1st break and also during my daily lunchtime walk, inside the plant, while she would be driving her truck. Before any of my incidents Larry Roberts had threatened to Kick Steve Snyder's ass, of which the local union laughed at, and after 'he' allowed me to return to work Larry Roberts tried to physically attack me, in front of my committeeman, who stopped him, and whose daughter Larry Roberts allowed to work at plant, even though she 'failed' the drug test. Larry Roberts had too much power of doing all of the hiring and firing and Linda Warrior Teagues was protected by Larry Roberts, her partner-in-crime, the EAP program because she was a known alcoholic and drug addict, and the local union, GM, and the UAW chose to protect them, keep everything In-House, because I have the proof, but I am an African American female and OUTNUMBERED

_Mary K. Miller_
Signature of Plaintiff

_2019 Kenwood Dr._
Street Address

_Flint, MI      48532_
City, State ZIP

_(810) 820-9442_
Telephone Number

_____
Date

Practice what you preach. You tell the world one thing when the opposite is what is really happening.

GM  SPO  Mgt  daily  quote : ● "Safety is our overriding priority and ● all accidents, and incidents, are PREVENTABLE"

ACDELCO (8-23-06)

**SPO brand expands deal with Dale Carnegie**

GRAND BLANC TWP. — ACDelco and Dale Carnegie are expanding their relationship to sites around the world.

Independent ACDelco service centers in the U.S. already received a discounted rate on Dale Carnegie training courses, and now ACDelco offers service centers around the globe the same benefit.

ACDelco has been a Dale Carnegie client for more than 10 years; the training helps enrollees better handle customers, co-workers, even their own family and friends.

ACDelco brand service and replacement parts are marketed by General Motors' Service and Parts Operations, which is based in Grand Blanc Township.

Another hypocricy. If ACDelco has been a Dale Carnegie client for more than 10 years then who was Dale Carnegie, his training, or his philosophy beginning Mar. 2001, when his and his family needed it???

I've been asking for this 'philosophy' through phone calls and letters, and the GM Awareness Line, and even the 'Work Place Violence' workshop, at work, to no avail. Only more harassment.



GM Service and Parts
Operations
General Motors Corporation

March 15, 2006

*I suffered 'Sexual Harassment' and discrimination, just like the ladies in the the story and movie "North Country"*
*(Jenson vs Evelith Taconite Co)*

Ms. Mary Miller
P.O. Box 32167
Columbus, OH 43232

Dear Ms. Miller:

I have been asked to respond to your letter addressed to Rick Wagoner in which you allege a number of offenses that occurred while you were employed at the SPO Memphis facility.

*(A lie. If I was satisfied I would not have been contacting him)*

Part of our investigation included having Lee Anderson, GM Investigator, speak with you concerning those charges. At that time, you indicated to Mr. Anderson you were satisfied with your new job in Columbus, Ohio, which you applied for and transferred to under Paragraph 96 of the National Agreement. It was also Mr. Anderson's understanding you were not pursuing these past issues. Apparently, you still want to discuss the issues surrounding what you felt to be in violation of company policy and UAW agreements.

In your document, you referenced discharge, discrimination, conspiracy, slavery and grievances which you state took place primarily in 2002, but also in 2003 and 2004.

You stated you were discharged; however, our personnel records clearly indicate you were on a medical leave */termination* in 2002 as a result of Plant Medical sending you for a 'fitness for duty examination.' You submitted copies of your Sickness and Accident Benefit forms and the physician's certification for your disability leave. General Motors' records do not reflect a discharge while you were employed at our Memphis facility.

*Grievance # 861403 (10-30-02)*

You made a claim that Linda Teague, fellow employee, was harassing you. Linda Teague made a claim you were harassing her. The Plant Manager, Marisol Taverna, Personnel Director, Larry Roberts, Shop Chairman Thad Perrin met with you and Linda in an attempt to resolve the issues and believed the action of assigning you to different shifts would resolve the issue. Management initially made the decision to rotate both of you between 1st and 2nd shift to separate you from each other. Ms. Teague opted to stay on 2nd shift. *Also HR* *(She always had a choice, I never did, I had to take everything.)*
→ *(one year after I'd been fired)*

You cited an example where the Plant Manager talked to you about your line count and you termed that to be dual supervision, racial, and sexual harassment. It is the Plant Manager's responsibility to address productivity issues with the employees.

Your allegations have been investigated but could not be substantiated. If you have further evidence to submit I will be glad to review it.

Sincerely,

Jeffrey G. Sorensen
General Director
SPO Labor Relations

Find Articles in:
  All
  Business
  Reference
  Technology
  Lifestyle
  Newspaper Collection

Ad Info▾

## Business Publications

o Comments

# GM employee loses sexual harassment suit against supervisor

## St. Louis Daily Record &amp; St. Louis Countian, Aug 23, 2002 by Erin Suess

*(My grievances for sexual harassment/discrimination Mar 30, 2001 ——— Oct 27, 2005)*

Touching an employee's hand, requesting a sexual relationship and multiple instances of teasing may be inappropriate behavior but do not amount to sexual harassment, ruled the U.S. 8th Circuit Court of Appeals. In addition, the divided panel found that the plaintiff had quit before management had a chance to complete its investigation of the matter, thus negating a jury's finding that the employee was constructively discharged. In his dissent, Judge Richard S. Arnold found this ruling contradicts previously 8th Circuit findings.

Shortly after Diana Duncan began working at General Motors Corp. as an in-house technical trainer, James Booth, a United Auto Workers Union technology training coordinator, asked for a meeting with her at a local restaurant. Booth told Duncan his marriage was troubled and asked her if she'd have a sexual relationship with him, which she refused. Duncan did not tell her supervisors or Booth's about the incident, although she did mention it to a co-worker and confronted Booth about it the next day.

*iw rep offered to meet me at Bob Evans and my best friends, husband and wife, surprised him and came with me*

Although Booth apologized and made no more advances toward Duncan, she claimed that he became hostile and critical of her work, which she admitted was also directed at other co-workers, both male and female. Throughout her employment, Duncan encountered several situations that she felt were inappropriate and harassing in nature, such as Booth having her work on a computer that had a naked woman as the screen saver, him showing her his penis-shaped pacifier and a plant holder shaped like a man with a cactus protruding from a hole in the crotch of the pants and him touching her hand.

*Steve Czernoski*

*↓ Hers 03: "situation should resolve itself", 2005: "let it go", 2006: after Bob Evans, "I can't find any basis that they (union) failed to represent you"*

In 1995, Duncan requested a pay increase and an opportunity to apply for an illustrator's position. Booth told her that to be considered for the promotion, she would have to draw his cactus planter, which she refused, as other candidates had to draw automotive parts. She

later learned that a college degree was a necessary requirement of the position, which she did not have. Later that year, Booth and another employee made a poster, showing Duncan as president and CEO of the Man Hater's Club of America. The poster read: "Must always have control of: (1) Checking, Savings . . . (2) (Ugh) Sex; (3) Raising children our way!; (4) Men must always do household chores; (5) Consider T.V. Dinners a gourmet meal."

In May of that year, Booth requested that Duncan type up the beliefs of the "He-Man Women Hater's Club," which stated among other things that the 19th Amendment allowing women to vote should be repealed, that prostitution should be legalized, that women cause 99.9 percent of stress in men and that all great chiefs are men. She refused to type these beliefs and resigned two days later.

*2000 - 2010*

During her tenure at GM, from 1994 to 1997, Duncan complained to several people, including once to a paint department supervisor after Booth first propositioned her; several times to the manager of operations, manufacturing and training; to a union official; to the United Auto Workers local chairman; to the personnel director at the GM plant; to the GM Equal Employment Opportunity coordinator; and twice to an attorney. However, after Duncan talked with the EEO coordinator, she quit before any corrective action could be taken. In addition, Duncan failed to submit a written list of the alleged incidents she felt were harassing in nature, as the EEO coordinator had requested.

*I still have my 10 year paper trail proving I did complain to all above, but no one would help me*

On Oct. 30, 1997, Duncan filed a sexual discrimination charge against GM with the Equal Employment Opportunity Commission, which informed her of her right to sue on April 17, 1998. She filed suit against the Junior College District of St. Louis, which had helped her get the job, and against GM under Title VII of the Civil Rights Act and under the Missouri *March 2013:* Human Rights Act. The college settled before trial, and a jury found in Duncan's favor on both counts. The U.S. District Court for the Eastern District of Missouri also awarded her attorney fees. GM appealed.

For Duncan to prove she was discriminated against, she must show "that she was a member of a protected group, that she was subjected to unwelcome sexual harassment, that the harassment was based on sex, and that the harassment affected a term, condition, or privilege of her employment," according to Beard vs. Flying J Inc. While the Court of Appeals agreed she met the first three conditions, it found the harassment was not "so severe or pervasive as to alter a term, condition, or privilege," citing Scusa vs. Nestle U.S.A. Co.

The court cited several cases from various circuits that found against the plaintiffs in which the 8th Circuit found situations "equally or more egregious" than the case at hand. For example, the 5th Circuit in Shepherd vs. Comptroller of Pub. Accounts found that comments made about a woman's nipples and thighs, attempts to look down her shirt and repeated touching of the woman's arm were not harassing, and the 7th Circuit found in Weiss vs. Coca -Cola Bottling Co. that repeated touching of a woman's shoulders, multiple attempts to kiss her at work and placing "I love you" signs at her desk were not enough to be considered harassment.

*mine : HR, with reputation of running prostitution ring, approaches me while I am working alone. Female co-worker stalks me during work hours, and break time, daily, with witnesses*

Advanced Search [sexual harassment cases] in [free and premium articles] [Search]



*Solidarity House*

8000 EAST JEFFERSON AVE.
DETROIT, MICHIGAN 48214
PHONE (313) 926-5000
FAX (313) 823-6016

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA – UAW**

RON GETTELFINGER, *PRESIDENT*                    ELIZABETH BUNN, *SECRETARY-TREASURER*

VICE-PRESIDENTS:  GENERAL HOLIEFIELD  •  BOB KING  •  CAL RAPSON  •  JIMMY SETTLES  •  TERRY THURMAN

December 12, 2006

Mary Miller, Member
UAW Local 969
5442 Litchfield
Flint, MI 48532

Dear Sister Miller:

*(at Bob Evans, Gd Blanc, MI)*

This letter serves as written confirmation of our meeting held on November 15, 2006 concerning the several packets of correspondence you have submitted to UAW President Ron Gettelfinger, which has been referred to Cal Rapson, Vice President and Director of the UAW General Motors Department, and assigned to me for investigation and response.

Our discussion led to a number of issues that you have previously raised with the shop committee at UAW Local 2406 and with Danny Boren, Region 8 Representative. My investigation revealed that a number of grievances were filed on your behalf and were all settled. *(Look at page of settlements and see all of the arrows, excusing mgt)*

You also asked as to why some members received the basic relocation allowance while others received the enhanced. I explained that depending on when your transfer was honored and whether the plant had excess people was the determining factor in the allowance received. *(Why didn't I ever receive response, in Writing, for this Grievance? Grievance Appeal Case 25-001)*

Ultimately, I asked you what you were seeking which you replied, "I want to be compensated for pain and suffering" and you also stated, "I also want pain and suffering for my son." I responded that there are, "no provisions in the collective bargaining agreement requiring the company to compensate workers for pain and suffering arising from a breach of the contract."

In conclusion, my investigation revealed that your issues have been addressed fairly by your local representatives and your regional representative. I can't find any basis that they failed to represent you.

Mary Miller, Member
December 12, 2006
Page Two


Therefore, I trust this has satisfied the intent of your letter.   If I can be of any further
assistance, please feel free to contact me.

Fraternally,

Stephen Czerneski
International Representative
UAW General Motors Department

SC:pl
opeiu494
cc:     Danny Boren
        Robert Butler
        Gary Casteel
        Ron Gettelfinger
        Mike Grimes
        Joe Hasenjager
        Kathi Jensen
        Tom Knox
        Lloyd Mahaffey
        Paul Mitchell
        Thad Perrin
        Cal Rapson
        Clementine Robinson
        Richard Ruppert
        Mark Sweazy

EB 001553601 US

**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE ®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | | Employee Signature |
|---|---|---|---|
| Mo.        Day | | ☐ AM ☐ PM | |
| Delivery Attempt | Time | | Employee Signature |
| Mo.        Day | | ☐ AM ☐ PM | |
| **Delivery Date** | Time | | Employee Signature |
| Mo.        Day | | ☐ AM ☐ PM | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ **WAIVER OF SIGNATURE** *(Domestic Mail Only)* Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

☐ **NO DELIVERY**
☐ Weekend    ☐ Holiday          Mailer Signature

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 48532 | ☑ Next ☐ 2nd ☐ 2nd Del. Day | $ 14.00 |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| Mo. 12 Day 20 Year 06 | Month        Day 21 | $ |
| Time Accepted | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| 1:33 ☐ AM ☑ PM | ☑ Noon ☐ 3 PM | $ | $ |
| Flat Rate ☐ or Weight | Military | Total Postage & Fees |
| ___ lbs. 3 ozs. | ☐ 2nd Day ☐ 3rd Day | $ 14.00 |
| | Int'l Alpha Country Code | Acceptance Emp. Initials |

**FROM:** (PLEASE PRINT)     PHONE ( 810 ) 733-5237

Mary K. Miller
5442 Litchfield
Flint MI 48532

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

**EMS**

**TO:** (PLEASE PRINT)     PHONE (

Solidarity House
* Attention Ron Gettelfinger
8000 East Jefferson Ave.

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

| 4 | 8 | 2 | 1 | 4 | + | | | | |
|---|---|---|---|---|---|---|---|---|---|

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.



*Solidarity House*

8000 EAST JEFFERSON AVE.
DETROIT, MICHIGAN 48214
PHONE (313) 926-5000
FAX (313) 823-6016

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA – UAW**

RON GETTELFINGER, *PRESIDENT*          ELIZABETH BUNN, *SECRETARY-TREASURER*

VICE-PRESIDENTS: GENERAL HOLIEFIELD • BOB KING • CAL RAPSON • JIMMY SETTLES • TERRY THURMAN

December 11, 2006

Mary Miller, Member
UAW Local Union 969
P.O. Box 32167
Columbus, OH 43232

**RE: Meeting with S. Czerneski**

Dear Sister Miller:

Following a review of the information you submitted on the above-referenced matter, it is the determination of this office that your appeal cannot be considered. The real issue in your appeal relates to an issue you raised before with this office. That is, all the events that happened to you at your previous location (i.e., Memphis GM-SPO). You attempted to appeal the grievance (#861464) that involves the same issue and was ruled untimely by way of letter dated January 31, 2006 (see attached).

Article 33, Section 4 of the UAW International Constitution requires appeals be made to the International Executive Board within thirty (30) calendar days of when an appellant is made aware, or reasonably should have become aware, of the action or decision to be appealed (i.e., the attached communication).

Therefore, because your appeal of the issue is untimely, it cannot be considered.

Fraternally,

*Don Sarkesian*

Don Sarkesian
Administrative Assistant
to the President

DS:dh
opeiu494
c:  Ron Gettelfinger, UAW President
    Kathi Jensen, Recording Secretary, UAW Local 969
    Lloyd Mahaffey, Director, UAW Region 2B
    Garry Mason, Executive Administrative Assistant to the President
    Mark Sweazy, President, UAW Local 969



PRINTED IN USA

*Solidarity House*

8000 EAST JEFFERSON AVE.
DETROIT, MICHIGAN 48214
PHONE (313) 926-5000
FAX (313) 823-6016



**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA – UAW**

RON GETTELFINGER, *PRESIDENT*                    ELIZABETH BUNN, *SECRETARY-TREASURER*

VICE-PRESIDENTS:   GERALD D. BANTOM   •   NATE GOODEN   •   BOB KING   •   CAL RAPSON   •   RICHARD SHOEMAKER

January 31, 2006

Mary Miller, Member
UAW Local Union 969
P.O. Box 32167
Columbus, OH  43232

RE:   Appeal of Grievance #861464 , not #561464

Dear Sister Miller:

Following a review of the information you submitted on the above-referenced matter, it is the determination of this office that your appeal cannot be considered.

Article 33, Section 4(c) of the UAW International Constitution, requires appeals be made to the International Executive Board within thirty (30) calendar days from when an appellant is made aware, or reasonably should have become aware, of the action or decision to be appealed.

(with incorrect grievance #)

Your information indicates that Region 8 Servicing Representative D. Boren sent you notification of your grievance disposition with a letter dated August 4, 2005. You did not file an appeal of that action until December 5, 2005, which is well beyond the already-cited constitutional time constraint.

Therefore, because your appeal of the issue is untimely, it cannot be considered.

Fraternally,

*Don Sarkesian*

Don Sarkesian
Administrative Assistant
to the President

DS:dh:opeiu494
c:      Robert Butler, President, UAW Local 2406
        Gary Casteel, Director, UAW Region 8
        Ron Gettelfinger, UAW President
        General Holiefield, Executive Administrative Assistant to the President
        Kathi Jensen, Recording Secretary, UAW Local 969
        Lloyd Mahaffey, Director, UAW Region 2B
        Clementine Robinson, Recording Secretary, UAW Local 2406
        Mark Sweazy, President, UAW Local 969

2:10-cv-14230-SJM-MKM   Doc # 1   Filed 10/21/10   Pg 12 of 50   Pg ID 12



## How Race Is Lived in America

The New York Times
ON THE WEB

**Race in America**

"How Race Is Lived in America" seeks to capture some of the troubling, challenging issues Americans still face, that all of us ultimately face, taking you into the private zone – where race is really lived.

Audio
Listen to people around the nation talk about race.

Questionnaire
Tell us about your experiences with race in this questionnaire.

Archives
A selection of articles, decade by decade.

Web Guide
A selective guide to race-related sites on the web.

October 19, 1983

# G.M. Agrees to Pay $42 Million to End Case On Job Bias

**By ROBERT PEAR**
**Special to the New York Times**

WASHINGTON -- The General Motors Corporation, the nation's largest manufacturer of automobiles, agreed today to pay $42.5 million to settle a 10-year-old complaint charging employment discrimination against blacks, women and Hispanic people.

It was described by Federal officials as the largest out-of-court settlement of an employment discrimination case.

The agreement sets numerical goals for the hiring, training and promoting of women and members of minority groups. It also includes an unusual provision under which the company plans to give $15 million in endowments and scholarships to colleges and technical schools, primarily to assist G.M. employees and members of their families. Members of the "affected class," the blacks, women and Hispanic employees, are to be given preference in the distribution of the education assistance funds.

The company agreed to spend $8.9 million more on a training program for 250 women and members of minority groups in white-collar jobs. Employees are often eligible for promotions after such training. In all other training for salaried positions, the company agreed to goals specifying that 15 percent of the places should be for members of minority groups and 25 percent for women, if possible.

Clarence Thomas, chairman of the Equal Employment Opportunity Commission, joined General Motors executives and lawyers for the United Automobile Workers in announcing the agreement, which applies to all G.M. divisions in the United States.

"The agreement is a significant achievement," Thomas said, "and I am gratified that it was reached without resort to long, costly litigation."

The company did not admit discrimination or other wrongdoing. The agreement emphasizes training and career development for women and members of minority groups at all levels of the company in the next five years.

**Provisions for Back Pay**

The agreement sets aside $4 million for back pay and other relief to resolve individual complaints filed under Title VII of the Civil Rights Act of 1964, which forbids employers to discriminate on the basis of race, color, religion, sex or national origin.

Peter Laarman, a spokesman for the United Automobile Workers, said the settlement was "more prospective than retrospective." Edmond J. Dilworth, assistant general counsel of General Motors, said in an interview: "We have a management committed to affirmative action. They felt this was the thing to do. It was no problem to obtain their commitment."

The use of numerical goals is opposed by the Reagan Administration, especially by civil rights officials at the Justice Department. But Dilworth said General Motors and the auto industry had used such goals "for quite a long period of time," so the concept was not difficult for the company to accept. R. T. Kingman, a spokesman for General Motors here, gave two examples of the hiring goals set by the agreement. Under one goal, the company will try to hire women to fill 28 percent of the new openings in nonskilled jobs that pay hourly wages, he said. At present, 20 percent of the people in those jobs are women.

The goal for hiring members of minority groups (blacks and Hispanic people) as journeymen rises to 10 percent over the life of the agreement, Kingman said. At present, minorities account for 6.4 percent of the journeymen.

**Endowments for Colleges**

James N. Finney, a lawyer at the employment commission, said that 28 colleges and universities would receive endowments of $250,000 each over the five years. The colleges were selected in negotiations with the company, but the names have not yet been disclosed. In addition, Finney said, $1 million would be distributed to other colleges and universities that G.M. employees and their children might attend. The other $7 million would go to two-year colleges and technical schools, to be chosen by the company under Federal supervision.

The settlement, after years of hard times and layoffs in the automobile industry, comes in the midst of a good year for G.M., which reported a second-quarter profit of slightly more than $1 billion. This represented an increase of 85.7 percent over the second quarter of

1982.

General Motors, which holds more than 40 percent of the auto market in the United States, is one of the world's largest manufacturing corporations.

The original complaint was filed against G.M. in 1973 by William H. Brown 3d, then chairman of the Equal Employment Opportunity Commission. Commission officials said today that under Federal law, the text of the complaint could not be made public. But they said it contained wide-ranging allegations of discrimination in hiring and promotion, especially the admission of employees to skilled trades.

**Makeup of 1973 Work Force**

In 1973, a spokesman for G.M. was quoted as saying that minority groups accounted for 17 percent of the company's work force. Dilworth said that in July of this year, minority groups accounted for 18.5 percent of the company's work force and women accounted for 17.9 percent. The company has slightly more than 450,000 employees in this country.

The commission conducted the negotiations that led to today's settlement.

Thomas said the agreement was, to the best of his knowledge, "the largest monetary settlement" of an employment discrimination complaint in the United States. The American Telephone and Telegraph Company agreed in 1973 to give $15 million in back pay and $23 million in pay increases to women and members of minority groups.

**Commitments Are Listed**

Commission officials said the G.M. agreement contained a procedure to help resolve 700 pending charges and any future charges that might be filed against the company or the auto union under Title VII of the Civil Rights Act. The agreement also includes these commitments, according to commission officials and company executives:

• G.M. will make grants totaling $1.25 million to promote minority business enterprises, with preference for employees in the group covered by the settlement.

• The company will spend $2.2 million to send some of its female, black and Hispanic executives to universities where they may acquire additional management skills.

• G.M. will spend $3 million on training and workshops for clerical employees, in an effort to prepare them for better paying, nonclerical

2:10-cv-14230-SJM-MKM    Doc # 1    Filed 10/21/10    Pg 15 of 50    Pg ID 15

jobs.

- The company will spend $2 million to train women for positions as foremen and supervisors in manufacturing operations. The company will spend another $1 million in training women who unsuccessfully sought such jobs in the past.

- G.M. will spend $2 million training people for jobs that involve technical skills and draftsmanship. At least 40 percent of the openings in the training program are designated for women and members of minority groups.

The company said it would also spend $1.2 million to recruit women, blacks and Hispanic Americans for skilled trades. It will spend another $2 million training them in mathematics and other skills that would help them qualify for apprenticeship programs.

The original complaint accused the union as well as G.M. of discrimination. Owen Bieber, president of the union, said that "the commission did not establish any violation of the Civil Rights Act on our part," and he said the union incurred no financial obligations under the settlement.

Get the full newspaper experience, and more, delivered to your Mac or PC. Times Reader 2.0: Try it FREE for 2 full weeks.

Copyright 2000 The New York Times Company

http://partners.nytimes.com/library/national/race/101983race-ra.html                    9/27/2010

*The U.S. Equal Employment Opportunity Commission* ( E E O C )

# Questions & Answers for Small Employers on Employer Liability for <u>Harassment by Supervisors</u>

Title VII of the Civil Rights Act (Title VII) prohibits harassment of an employee based on race, color, sex, religion, or national origin. The Age Discrimination in Employment Act (ADEA) prohibits harassment of employees who are 40 or older on the basis of age, and the Americans with Disabilities Act (ADA) prohibits harassment based on disability. All of the anti-discrimination statutes enforced by the EEOC prohibit retaliation for complaining of discrimination or participating in complaint proceedings.

The Supreme Court issued two major decisions in June of 1998 that explained when employers will be held legally responsible for unlawful harassment by supervisors. The EEOC's Guidance on Employer Liability for Harassment by Supervisors examines those decisions and provides practical guidance regarding the duty of employers to prevent and correct harassment and the duty of employees to avoid harassment by using their employers' complaint procedures.

## 1. When does harassment violate federal law?

- Harassment violates federal law if it involves discriminatory treatment based on race, color, sex (with or without sexual conduct), religion, national origin, age, disability, or because the employee opposed job discrimination or participated in an investigation or complaint proceeding under the EEO statutes. Federal law does not prohibit simple teasing, offhand comments, or isolated incidents that are not extremely serious. The conduct must be sufficiently frequent or severe to create a hostile work environment or result in a "tangible employment action," such as hiring, firing, promotion, or demotion.

## 2. Does the guidance apply only to sexual harassment?

- No, it applies to *all* types of unlawful harassment.

## 3. When is an employer legally responsible for harassment by a supervisor?

(GM)

(HR)

- An employer is always responsible for harassment by a supervisor that culminated in a tangible employment action. If the harassment did not lead to a tangible employment action, the employer is liable unless it proves that: 1) it exercised reasonable care to prevent and promptly correct any harassment; *and* 2) the employee unreasonably failed to complain to management or to avoid harm otherwise.

## 4. Who qualifies as a "supervisor" for purposes of employer liability?

- An individual qualifies as an employee's "supervisor" if the individual has the authority to recommend tangible employment decisions affecting the employee *or* if the individual has the authority to direct the employee's daily work activities.

## 5. What is a "tangible employment action"?

- A "tangible employment action" means a significant change in employment status. Examples include hiring, <u>firing</u>, promotion, demotion, undesirable reassignment, <u>a decision causing a significant change in benefits</u>, <u>compensation decisions</u>, and work assignment.

## 6. How might harassment culminate in a tangible employment action?

- This might occur if a supervisor fires or demotes a subordinate <u>because she rejects his sexual demands</u>, or promotes her because she submits to his sexual demands. ←

## 7. What should employers do to <u>prevent and correct harassment</u>?

- Employers should establish, distribute to all employees, <u>and enforce a policy prohibiting harassment</u> and setting out a procedure for making complaints. In most cases, the policy and procedure should be in <u>writing</u>. (Recognizing Sexual Harassment') included pamphlet
- Small businesses may be able to discharge their responsibility to prevent and correct harassment through less formal means. For example, if a business is sufficiently small that the owner maintains regular contact with all employees, the owner can tell the employees at staff meetings that harassment is prohibited, that employees should report such conduct promptly, and that a complaint can be brought "straight to the top." If the business conducts a <u>prompt</u>, <u>thorough</u>, and <u>impartial</u> investigation of any complaint that arises and undertakes swift and appropriate corrective action, it will have fulfilled its responsibility to "effectively prevent and correct harassment."

## 8. What should an anti-harassment <u>policy</u> say?

- An employer's anti-harassment policy should make clear that the employer will not tolerate harassment based on <u>race</u>, <u>sex</u>, religion, national origin, age, or disability, or harassment based on opposition to discrimination on participation in complaint proceedings. The policy should also <u>state that the employer will not tolerate retaliation against anyone who complains of harassment</u> or who participates in an investigation.

## 9. What are important <u>elements of a complaint procedure</u>

- The employer should encourage employees to <u>report</u> harassment to management before it becomes severe or pervasive.
- The employer should designate more than one individual to take complaints, and should ensure that these individuals are in accessible locations. The employer also should <u>instruct all of its supervisors to report complaints of harassment to appropriate officials.</u>
- The employer should assure employees that it will protect the confidentiality of harassment complaints to the extent possible.

## 10. Is a complaint procedure adequate if employees are instructed to report harassment to their immediate supervisors?

- No, because the supervisor may be the one committing harassment or may not be impartial. It is advisable for an employer to designate at least <u>one official outside an employee's chain of command</u> to take complaints, to assure that the complaint will be handled <u>impartially</u>.

## 11. How should an employer <u>investigate</u> a harassment complaint?

- An employer should conduct a <u>prompt</u>, thorough, and impartial <u>investigation</u>. The alleged

harasser should not have any direct or indirect control over the investigation.

- The investigator should interview the employee who complained of harassment, the alleged harasser, and others who could reasonably be expected to have relevant information. The Guidance provides examples of specific questions that may be appropriate to ask.

- Before completing the investigation, the employer should take steps to make sure that harassment does not continue. If the parties have to be separated, then the separation should not burden the employee who has complained of harassment. An involuntary transfer of the complainant could constitute unlawful retaliation. Other examples of interim measures are making scheduling changes to avoid contact between the parties or placing the alleged harasser on non-disciplinary leave with pay pending the conclusion of the investigation.

## 12. How should an employer correct harassment?

- If an employer determines that harassment occurred, it should take immediate measures to stop the harassment and ensure that it does not recur. Disciplinary measures should be proportional to the seriousness of the offense. The employer also should correct the effects of the harassment by, for example, restoring leave taken because of the harassment and expunging negative evaluations in the employee's personnel file that arose from the harassment.

## 13. Are there other measures that employers should take to prevent and correct harassment?

- An employer should correct harassment that is clearly unwelcome regardless of whether a complaint is filed. For example, if there is graffiti in the workplace containing racial or sexual epithets, management should not wait for a complaint before erasing it.

- An employer should ensure that its supervisors and managers understand their responsibilities under the organization's anti-harassment policy and complaint procedures.

- An employer should screen applicants for supervisory jobs to see if they have a history of engaging in harassment. If so, and the employer hires such a candidate, it must take steps to monitor actions taken by that individual in order to prevent harassment.

- An employer should keep records of harassment complaints and check those records when a complaint of harassment is made to reveal any patterns of harassment by the same individuals.

## 14. Does an employee who is harassed by his or her supervisor have any responsibilities?

- Yes. The employee must take reasonable steps to avoid harm from the harassment. Usually, the employee will exercise this responsibility by using the employer's complaint procedure. (10 grievances 2000 – 2005)

## 15. Is an employer legally responsible for its supervisor's harassment if the employee failed to use the employer's complaint procedure

- No, unless the harassment resulted in a tangible employment action or unless it was reasonable for the employee not to complain to management. An employee's failure to complain would be reasonable, for example, if he or she had a legitimate fear of retaliation. The employer must prove that the employee acted unreasonably.

## 16. If an employee complains to management about harassment, should he or she wait for management to complete the investigation before filing a charge with

EEOC?

- It may make sense to wait to see if management corrects the harassment before filing a charge. However, if management does not act promptly to investigate the complaint and undertake corrective action, then it may be appropriate to file a charge. The deadline for filing an EEOC charge is either 180 or 300 days after the last date of alleged harassment, depending on the state in which the allegation arises. **This deadline is *not* extended because of an employer's internal investigation of the complaint.**

Further guidance on harassment can be found in the 1999 Guidance on Employer Liability for Unlawful Harassment by Supervisors; the 1980 Guidelines on Sexual Harassment; the 1990 Policy Statement on Current Issues in Sexual Harassment; the 1990 Policy Statement on Sexual Favoritism; and the 1994 Enforcement Guidance on *Harris v. Forklift Sys., Inc.*. These can all be found on EEOC's web site (www.eeoc.gov). They are also available by calling the EEOC's Publications Distribution Center (800-669-3362 or TTY 800-800-3302), or by writing to EEOC's Office of Communications and Legislative Affairs, 1801 L St., N.W., Washington, D.C. 20507.

---

*This page was last modified on June 21, 1999.*

 Return to Home Page

---

(Me, and my son, Robert L. Miller, II

Our Losses: <u>Financially</u> and <u>emotionally</u>, while working at GM SPO, 2000-2007

This is a chronological list, and descriptions, of just how and why it was mentally stressful, to work under Slave-like conditions, in General Motors. Me and my family are still suffering, because of this, and I know of many other employees who have lost, also, due to these 'supposedly', Zero Tolerance, to 'sexual harassment', and 'Work Place Violence', Company Policies. Our treatment proved the opposite. But yet, we' 'Union' members, NEVER stopped paying "Union Dues".

2000- Lost equality as a UAW member. Lost Human, Civil, Constitutional Rights, dignity, and respect.(UAW negotiated for only some members be paid the, entitled, Enhancement Relocation Moving Expenses.)

2000- Lost security of 'Safety', stress-free and harassment-free work place.

2000- Lost shop rule right of 'no dual supervision'.

2001- Lost shop rule right of 'no dual supervision'.

2001- Lost constitutional, and, legal, rights of being protected from known 'stalker'

2002- Lost, 'Innocent until proven guilty', when 'I' was '<u>fired</u>', for being 'stalked'

2002- (My son) lost his opportunity for a college career, because of me being '<u>fired</u>'

2002- Lost my right, by Civil Right's Chairman, to file discrimination against Mgt

2002-(My psychiatrist)-Lost his expertise when GM and UAW ignored his diagnosis

2003-Lost 'fair treatment' right when GM and UAW interviewed my witnesses.

2003-(My son)- Lost his opportunity to work at GM, because of '<u>retaliation</u>'

2003-Lost 'Safe' work environment when Civil Rights Chairman harasses me.

2003- Lost NAACP Rights because of right-to work state.

2003- Lost "Safe' work environment when Personnel Director tries to attack me.

2003-Lost EEOC support, because of right-to-work state.

2003- Lost help of 9-1-1 , because Personnel Director had 'no weapon' in my attack

* 2003- Lost help from everyone, who was authorized to STOP all harassment, from the ground level (the 'union'), up (International, upper Mgt, police, lawyers)

2003- I almost lost my nighttime job, at Fed EX due, to LIES at GM morning job

2004- I was almost 'fired' again, at GM, due to MORE LIES.

2004- I lost my 40 hours of VR time, 1 week after 'bereavement' from mother's death

2004- I lost shop rule right of 'dual supervision'

➤ *2005-After being 'forced' to endure 'allowed and ignored' harassment, I was forced to transfer, to another state, <u>GM SPO Of Columbus</u>, **Ohio**, forfeiting the following:

Projected, upcoming overtime.

A 2 ½ hour drive to my 76 year old father

A 3 hour drive to my ex husband who had just developed multiple sclerosis

A 7 hour drive to my son, who left Memphis in April 2004

Acquaintances with new relatives

My 2nd job, of 2 years, at Fed EX

MY safe townhouse

My church, around the corner from my home

*Beautiful year round weather

* * **Ohio** was a <u>continuation</u> of more harassment, LIES, and Loss of job and home**

Flint, MI   1992

# Special Kids



**ROBERT L. MILLER, II,** a <u>sixth grader</u> at Manley Elementary School, was nominated for <u>Male Student Athlete for having a 3.7 GPA,</u> and for his contributions while playing football, basketball and track. Next year, Robert will be in the Fine Arts Program while attending Whittier Middle School. Family members include his mom Mary (Cookie) Miller of Dept. 6707, third shift, and his aunt Grace Dawson (Dept. 7102, third shift). Robert has high hopes of becoming an engineer or architect someday.

General Motors' AC Spark Plugs : Delphi East

Robert, my son

Roberts cousin and 'mentor', my nephew

Robert's sister, my daughter



**Shenelle Latrice Miller**
**Central High School**
Mother: Mary ''Cookie'' Miller
Innovative Clerk

1992
Graduation



**DERRICE B. ALEXANDER**
In addition to being on the dean's list at Saginaw Valley State University, Derrice B. Alexander earned a Bachelor degree in Mechanical Engineering. His proud mom is Grace Dawson (7102, 3rd shift). Derrice has recently been employed by <u>Buick Motor Division.</u>

* Received Associate Degree, from Baker College, 7/13/05
* Bachelor's Degree 6/15/07 / Masters Degree 6-4-2010

Education

## FLINT COMMUNITY SCHOOLS

# REPORT ON ACADEMIC PROGRESS

**SEMESTER MARKING PERIOD** 1 2
11/09/01

**STUDENT NAME**

| NUMBER | HOMEROOM | COUNSELOR | TEAM | GRADE |
|---|---|---|---|---|
| MILLER ROBERT II | | | | |
| 64495 | 113 | F | | 12 |

| | MARKS | | | | ABSENCES | | TARDIES | | TEACHER COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | SEM | CURR | SEM | CURR | SEM | CIT. |

CENTRAL
601 GRAND STREET
FLINT MI 48503
PHONE (810) 760-1042

| PER | CLASS | TEACHER | 1 | 2 | 3 | 4 | SEM | CURR | SEM | CURR | SEM | CIT | TEACHER COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CREATIVE DESIGN | SWALL CTR | A | A- | | | | 3 | 4 | | | | |
| 4 | TRIGONOMETRY | BURNER | B | B | | | | | | | | | |
| 5 | AFRICAN AM LIT | COLEMAN | B+ | B+ | | | | 3 | 2 | | | | |
| 5 | TECHNIQUES OF WRTG | WILCOX | A | A- | | | | 1 | 1 | | | | |
| 6 | CHEMISTRY | MORCHA | C | A- | | | | 13 | 7 | | | | |

**GRADE POINT AVERAGE**

| CURRENT | SEMESTER | CREDITS EARNED | |
|---|---|---|---|
| | | SEMESTER | YEAR |
| 3.714 | 2.942 | ACCUM 17.50 | |

TO THE PARENTS OF
MILLER ROBERT II L
4121 FLOYD DR
FLINT MI 48503

DR

64495
113-P

IMPORTANT DATES: NOVEMBER 23 - THANKSGIVING BREAK
NOVEMBER 30 - PROFESSIONAL DEVELOPMENT DAY, NO SCHOOL FOR STUDENTS
DECEMBER 20 - REPORT CARDS WILL BE DISTRIBUTED TO STUDENTS
DECEMBER 21 TO JANUARY 2, 2002 - HOLIDAY BREAK

### TEACHER COMMENTS

1. Well prepared for class
2. Participates in class
3. Completes work in time
4. Assumes responsibility
5. Works well independently
6. Shows good effort
7. Has a positive attitude
8. Courteous and cooperative
9. Relates well with others
10. Shows improvement
11. Needs to improve quality of work
12. Excessive absences
13. Does not make up work when absent
14. Comes to class unprepared
15. Misses or does not complete assignments
16. Wastes time in class
17. Does not participate in class
18. Disturbs other students
19. Needs to make better use of ability
20. Is a discipline problem in class

| MARK | |
|---|---|
| A Excellent Progress, Deserves Praise | |
| B Good Progress, Satisfactory Mark | |
| C Average Progress | |
| D Unsatisfactory, In Danger of Failing | |
| E Failing | |
| I Period's Work Incomplete | |
| P Doing Passing Work | |
| F Doing Failing Work | |
| S Doing Satisfactory Work | |
| U Doing Unsatisfactory Work | |

| CITIZENSHIP | |
|---|---|
| 1 Excellent | |
| 2 Good | |
| 3 Average | |
| 4 Needs Improving | |
| 5 Unacceptable | |

# Leadership
# Flint Central Basketball
## 2001-2002
## *Special Awards / Honors*

| | |
|---|---|
| Captains | Quintin Carouthers |
| | Brandon Dunbar |
| | Mike Gaines |
| | Robert Miller |
| | |
| Most-Improved Player | Robert Miller |
| | Dremain Townsend |
| | |
| Best Defender(s) Award | Quintin Carouthers |
| | Brandon Dunbar |
| | Kris Krzyminski |
| | Robert Miller |
| | |
| Best Rebounder Award | Brandon Dunbar |
| | |
| Coaches Award | Bryan Larry |
| | Robert Miller |
| | Breyohn Watson |
| | |
| Spirit Award | Jon Goode |
| | |
| Unsung Hero Award | Jon Osborne |
| | Greg Williams |
| | |
| The Elite Five | Quintin Carouthers |
| | Brandon Dunbar |
| | Mike Gaines |
| | Kris Krzyminski |
| | Robert Miller |

As you can see from this and the attached report card, my son had great potential for becoming a walk-on for Texas Southern University (An HBCU) and majoring in Engineering. Instead, this is his project: WWW.VII entertainment.com. He could have, someday, had both !!! Had not General Motors stolen his college opportunity after one semester

Robert Lee Miller, II



·Father developed multiple sclerosis ✱

My father, Robert Miller, was an elected district committeeman, and sometimes acting Shop Committeeman, at Local 651, AC Spark Plug, in Flint, MI (Now Delphi East) and my mother, Mary "Cookie" Miller, worked at AC Spark Plug, also, for 24 years, troublefree, before transferring to GM SPO of Memphis, in 2000, to get back under the GM umbrella.

My grandparents and all my mom's siblings worked for GM. ~~Five~~ Five out of seven of them retired from GM.

( My college opportunity being taken away from me because of my mom's 'wrongful discharge' is the thanks I get for my relatives all being GM 'union' workers )

Rob was the starting point guard (leadership)

"Rob had excellent grades his 11th & 12th grade (education)

# WAGONER TO ADDRESS 100 BLACK MEN OF AMERICA . . .

How, then did GMSPO of Memphis 'strip' my son's college education away in 2002, with no remorse, making him a statistic?

GM Chairman and CEO Rick Wagoner will be a keynote speaker at the 19th Annual Conference of the 100 Black Men of America Inc. in New Orleans, La. The conference kicked off today and runs through June 12. 2005 The theme of the conference is "Mobilizing Leaders to Action." Approximately 1,300 business, community and spiritual leaders and their families are expected to attend this year's conference. Wagoner will discuss leadership, education and other issues important to the organization's membership on Friday during the 100 Black Men of America Chairman's Awards Luncheon. "General Motors is once again proud to sponsor the 100 Black Men of America's Annual Conference, continuing the relationship we began with this organization in 1996," said Wagoner. "We completely support its vision of improving conditions in our communities and creating an environment where our children are motivated to achieve. I very much look forward to participating in the conference and discussing these and other important issues."

## SmartZone Communications Center

mkm0220@comcast.ne

± Font size ±

# Fwd: Answers for so many 'shootings' on-the-job

**From :** mkm0220@comcast.net                                                 Sat Oct 2 2010 10:58:55 AM

**Subject :** Fwd: Answers for so many 'shootings' on-the-job

**To :** MKM0220@comcast.net

Trying to get someone to 'listen' to me is very hard because I am a double minority, female and African American. If I can't ever get legal representation I am going to file, in Federal Court, by myself, under **The Lily Ledbetter Act**, and reference to <u>Jenson vs Evelith Taconite</u>, and also, <u>Beard vs. Flying J. Inc.</u>/ Diana Duncan vs James Booth, **Aug. 23, 2002**, because on **November 15, 2006**, **before** I, <u>reluctantly, retired</u>, <u>my UAW rep invited me a local restaurant, to discuss my case</u>. He brought along another black man, who I did not know and who also said he knew nothing of my case. He surprised me, by bringing someone else, but I surprised him, **even more**, when I showed up with my 2 best friends, a married couple, UAW members also, because I 'knew' he was going to try and pull something for 'not' meeting at a designated union office. He mailed me a letter, dated **December 12, 2006**, on UAW letterhead, stating "Therefore, I trust this has satisfired the intent of your letter", which was completely false.

I still have all of my grievances <u>and</u> response letters, dating from 2001- 2010, thank **God** !!!

----- Forwarded Message -----
From: mkm0220@comcast.net
To: MKM0220@comcast.net
Sent: Thursday, September 16, 2010 11:42:30 AM
Subject: Fwd: Answers for so many 'shootings' on-the-job

**All** of my grievances written, starting with the one I don't have grievance # for, handy, which the UAW negotiatiated with the unions, 'not' to pay me the Enhanced Relocation package/money, even though I traveled way beyond the 50 mile distance. I traveled over 500 miles. Where, or who, did that money go to ???

My grievances, other GM SPO hourly, complaints, along with, the complaints of harassment from Local 969 (GM SPO of Columbus), president and shop committeeman, printed in the local union papers, **only proves that, reported complaints, and grievances, are a waste of time, and lives, in a corrupt corporation.**

Sept 12, 2010
*Check the Flint Journal newspaper, **mlive, today, on page A18**, and it explains why, and how ,General Motors and the UAW, have destroyed my life. Article: 'Union feeling Kia sting': the very last paragragh states, "The just-cause protection is vital" Key said. "If you're not union, in an at-will job, you can be fired if you have a mustache".*

***\*\*\*My case:** I was '**fired**' because I **rejected** sexual advances from mgt, **and** also same-sex harassment, from an hourly employee, both violations of **Title VII**, at General Motors' SPO of **Memphis, TN**, a right-to-work state... but General Motors Corporation <u>and</u> GM SPO headquarters, are both in **Michigan**.*

**Continuation of my last data (writing) of my 'financial' destruction caused by General Motors and the UAW:**
Not having my second job, Fed/Ex, income, nor a weekly pay check, to bail myself out of, which began in 2000, and continues 2010, this financial rut, of which GM <u>and</u> the UAW, continuously put me in, I am now in debt, forever, because this 'crisis' is not going to go away, on it's own. I have not slept in my own bed since 2005, when GM, my local union, and the UAW, illegally ran me out of Memphis, TN, and I, reluctantly, transferred, AGAIN, to General Motors SPO of Columbus, OH, because of a 96 move. (my only way off that Memphis plantation)

I had to put my furniture in storage in Memphis, TN, where it still remains, with me <u>still</u> paying monthly storage fees, because I knew nothing of homes or apartments, or hotels in Columbus, OH, available, relocating from another state. So a family friend, in Columbus, OH, arranged for me to live at a hotel, of which my furnitrue would not fit in. And before I could learn my way around, to possibly buy a home, or move into an apartment, the 'discrimination' continued. It picked up where I left it in Memphis, TN. So I could not get a grip on life/things, and daily outside responsibilities, to be able to move again. Besides, I was, yet afraid, <u>again</u>, to live alone after my home invasion/rape, and now the 'stalking' from a female co-worker, at work. Being sexually molested and harassed burns fear into a single, black, female because society always wants to blame us, and say that we asked for it. I know, because I have been coping with it for about 40 something years, myself. We victims get labeled and 'disregarded', while the offenders get spanked on the wrists, or just go free.

**I heard**:
**Mariso Taverno**, Memphis' plant mgr, who the NAACP contacted, **April 21, 2003**, by letter, about the company discriminating between me and Linda, by 'firing' me, and doing nothing to her. And who also harassed me, himself, in 2004, **Grievance #'s 861574 & 861575**, quit General Motors to manage a warehouse directly across the street from General Motors SPO of Memphis, TN.

**Ralph Dismuke**, also mentioned in one of my grievance settlements, **#862099**, for illegally taking some of my vacation days, while I was still on bereavement from my mother's death, also quit General Motors to work for warehouse directluy across the street.

✶ **Larry Roberts**, GM SPO's Human Relations rep, after sexually harassing me/ **Grievance #'s 633521 & 633522**, for wrongfully firing me/**Grievance #861403**, and then for trying to physically attack me, at work/ **Grievance #861464**, had also wrongfully fired several other black men, about 4, has <u>finally</u> gotten caught up in his wrongdoings and evil, tyranical ways. He was 'fired', **just for**, allowing the committeeman's daughter to return, several times to work there, even though she failed the drug test, and 'he' knew it. Look at all of the lives he had destroyed by then. **BUT WHO CARES? WE ARE ALL BLACK ! ! !**

**Thad Perrin**, the union shop committeeman, who laughed in my face when I asked him to stop Linda from 'stalking' me, because I don't like women, transferred to GM SPO of Columbus, but transferred back to Memphis, SPO... where anything goes.

**Ron Conley**, the union committeeman, who's daughter was the one allowed to work after failing the drug test, is now the union shop committeeman. He knew his daughter had failed drug test but nothing ever happened to him. And he knew that Larry Roberts had already sabotaged my son's referal because we talked about it. (FAVORS)

✶ **Linda Warrior Teague**, who was allowed to antagonize me, for years, at will, was under the **EAP** program for drug and alcohol addiction (protection), filed false harassment charges against, at least, 4 other male co-workers, but while their jobs were in jeopardy, too, because of her 'LYING', nothing ever happened to her. She misused the **EAP** program to get her kicks, watching union co-workers squirm. After she retired, recieving the $35,000 bonus, she went back inside the plant and tried to pick a fight with a mexican female employee. Security sneaked her out of the plant, so again, nothing could happen to her. (FAVORS)

✶ **Millie Williamson**, had resigned as the local union's Civil Rights Chairman because I filed charges against her for nonrepresentation. She conducted interviews of several co-workers/ **Grievance # I-C861325**, who verified that Linda 'was' stalking me, and then lying to management that I was calling her names. Millie hid her own report, which would have cleared my name and stopped any further stalking and harassment from Linda, from me, and the union, but I found it at the psychiatrist office, who GM sent 'me' to.

➡ **\*\*\*Danny Boren**, an International rep., for Region 8, UAW,wrote me a letter stating, " Dear Mary Miller, This letter is to inform you that your grievance <u>#561464</u>,**(he put an incorrect grievance # because it should have been 861464**),which was appealed by membership action, has been withdrawn by the International Union. I can assure you that Mr. Roberts has been thoroughly admonished and strongly counseled by the International Union for his inappropriate behavior. Your appeal #AA-6 by membership was withdrawn due to a lack of merit"

**Debbie Burnam**, Human Relation's at the Columbus SPO plant, who excused plant mgr., **Mike Hockman**, for directing me to 'work unsafe', **Grievance # 1055752**, harassment, and she also excused plant security for falsely accusing me of being out of the plant, **Grievance #809844**, has been promoted/moved to the Memphis SPO plant, and harassing employees there. (EEOC)

**Mike Hockman,** who had a previous sexual harassment case against him, has been promoted/moved, from Columbus, OH SPO plant to GM SPO Headquarters in Grand Blanc, Michigan, city not far from where I live. I pray I never run into him, like I did a supervisor, **Tony**, who also was transferred from the Columbus plant, to the SPO headquarters in Grand Blanc, MI.

**Ted Monroe**, contract supervisor who had to push Larry Roberts out of the back door, 'to cool off', after trying to attack me, and also who signed **Grievance #862099**, has died.

**Linda (Turns) Smith**, who also was ignored for harassment charges, who gave me a copy of her harassment situations, at Columbus SPO in 2005, has died.

Everyone seems to think the solution to my financial and emotional meltdowns would be to get a job to supplement my once-a-month pension. Until you have been in my shoes, sexually harassed and 'discriminated' against, from management <u>and</u> your hourly co-workers, **with a union**, you don't understand the fears of repeating those traumatic years, again, where there is <u>not</u> a union.

I have been thrown to the wolves by General Motors Corporation, my local unions, the UAW, and many government agencies, mainly **Civil Rights** and the **EEOC**, to fend for myself. I paid, and still pay, union dues and taxes to be harassed and misrepresented.

Sincerely,
Mary "Cookie" Miller
<u>MKM0220@comcast</u>    (810) 733-5237



# Sexual harassment: Adapted from the U.S. Equal Employment Opportunity Commission (The EEOC)

(http://www.eeoc.gov/types/sexual_harassment.html)

From Wikipedia, the free encyclopedia

**Articles related to Abuse. (http://en.wikipedia.org/w/index.php?title=Template:Abuse&action=edit)**

**By means**

**Physical abuse**
Torture / Severe corporal punishment

**Psychological abuse**
Humiliation / Intimidation / Mobbing / Bullying (Mgt / Larry Roberts)
Hate speech / Manipulation / Stalking (co-worker, Linda Warrior Teague)
/ Coercive persuasion

I don't understand why union/Mgt ignored my proof and believed her hear

**Sexual abuse**
Sexual assault / Rape
**Sexual harassment**

**By victim**

Child abuse / Domestic violence
Prisoner abuse / Elder abuse
Animal abuse

**By offender**

Police brutality
Human experimentation

Phoebe Prince, 15,
in Feb. of 2010

Judith Coflin

**Sexual harassment** is harassment of a sexual nature, typically in the workplace or other setting where raising objections or refusing may have negative consequences. In American employment law, it is defined as any *unwelcome sexual advance or conduct* on the job, having the effect of making the workplace intimidating or hostile. Sexual harassment is considered a form of illegal discrimination and is a form of sexual and psychological abuse, ranging from mild transgressions to serious abuses. Indeed, psychologists and social workers report that severe and/or chronic sexual harassment can have the same psychological effects on victims as rape or sexual assault. Backlash and retaliation for complaining about the harassment can further aggravate the effects. For example, in 1995, Judith Coflin committed suicide after chronic sexual harassment by her bosses and coworkers. (Her family was later awarded $1.3 million in punitive damages.) Judith Coflin had to die first

The definition of the phrase *Sexual Harassment* can be broad and controversial, depending on each individual's opinion of *what* harassment is, and misunderstandings can abound. The term was coined in 1974 at Cornell University. While typical sexual harassment behaviour usually includes unwanted touching of a co-worker's private parts, lewd comments, talk about gender superiority, sexual jokes, demands for sexual favors, etc. some companies have reported that they have had to fire employees (after a co-worker has complained of *sexual harassment*) for such actions as telling the complaining co-worker how good he or she looks for that co-worker's date with another person, or for simply handing what seemed, to the fired employee, to be just a harmless compliment. Street harassment is generally considered another form of sexual harassment.

The situation is further complicated by the fact that an individual's career can easily be destroyed when they become the target of sexual harassment, or if they are accused of harassment. Employers need to be careful to protect the rights of both complainants and individuals who have been the subject of complaints, as both may find themselves in vulnerable positions, and the rights and wrongs of a case may not be straightforward. Those who

Had'n't I gone through enough
before transferring to <u>SPO</u> in 2000?

I had already been 'stalked and
raped' by a man, at age 22. But
now I have to re-live, and experience
this <u>again</u>... but from a <u>female co-worker</u>

My Rape:

(Police Report)



Police did not report I'd been stalked nor did
they report the rapist had a set of keys

FILED

STATE OF MICHIGAN

, IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

GENESEE CIRCUIT COURT
BY: _____
DEPUTY CLERK

NO: 84-74229 -NO

JENNIFER JILES,

                    Plaintiff,

        VS

OAKVIEW MANOR APARTMENTS,
a Co-Partnership,

                    Defendant,

                                    /

JUDGE

DONALD R. FREEMAN
P-13685

COMPLAINT & JURY DEMAND

COLLINS, STECCO & WASCHA
Attorneys for Plaintiff
By:  Donald A. Wascha· P-22009

        NOW COMES the Plaintiff, by and through her Attorneys,

Collins, Stecco & Wascha, and hereby files this Complaint, and

demands that the Defendant make answer to the allegations herein

contained in strict accordance with the requirements of Rule 111.2

and Rule 111.4, GCR 1963, which requires Defendant to set forth

the substance of the matters which will be relied upon to support

any denials made to said allegations.

        1.   That Plaintiff is a resident of the County of

Genesee, State of Michigan.

        2.   That Defendant, Oakview Manor Apartments, is a

co-partnership doing business in the County of Genesee, State of

Michigan.

        3.   That on December 2, 1982 Defendant was the owner

of Oakview Manor Apartments and Plaintiff was a lessee of Apartment

# 203 and had been such lessee since March 1982.

        4.   That on December 2, 1982 while Plaintiff was

sleeping an unknown male entered her apartment through a bedroom

window and sexually assaulted and abused your Plaintiff causing

her to suffer serious and permanent injuries as more specifically

set forth below.



A TRUE COPY
Michael J. Carr, Clerk

*This could have been me, if not for therapy, 2002-2010*





After Phoebe (left, in an undated photo) died, her tormentors wrote snide comments about her on a Facebook memorial page. One friend says she believes they were jealous: "She was so friendly, all of the guys wanted to talk to her."

District Attorney Scheibel (center, at a March 29 press conference) said, "The inaction of some adults at the school are troublesome."

## BULLIED TO DEATH?

# JUSTICE FOR PHOEBE

**Three months after Phoebe Prince was driven to suicide, nine teens are accused of being her tormentors**

It had been nearly three months since the raven-haired 15-year-old Phoebe Prince hung herself, and South Hadley, Mass., residents—and outraged parents nationwide—wondered whether her death would be just another forgotten story about teenage bullies gone too far. On March 29 they got their answer. In a seemingly unprecedented show of prosecutorial force, nine teens (most of them Phoebe's schoolmates at South Hadley High) were indicted: Sean Mulveyhill and Kayla Narey, both 17; Austin Renaud, 18; and Ash-ley Longe, Sharon Chanon Velazquez and Flannery Mullins, all 16; and three minors. The boys are charged with statutory rape, and the girls face accusations ranging from stalking to criminal harassment, a clear message that bullying can't be tolerated. "I can't think of a time when they have come down so hard on kids," says Littleton, Colo., bullying expert Barbara Coloroso. "You don't have to like every kid in school, but you have to honor their humanity."

Along with the charges was a disturbing revelation: South Hadley School Superintendent Gus Sayer had claimed Phoebe didn't report the bullying, but Northwestern District Attorney Elizabeth Scheibel's investigation revealed faculty members and administrators were well aware of it. While the school district said these facts "did not come to light" during its investigation, parents are irate. "They could have done something about it," says Darby O'Brien, who has a child at the school. COVER-UPS

Friends say Phoebe, a recent Irish immigrant, drew the ire of a cadre of girls by briefly dating Mulveyhill, a senior football player who also went out with Narey. On Jan. 14 Phoebe's mood deteriorated when students repeatedly called her an "Irish whore" and threw a can of soda at her. Despondent, Phoebe went home and took her life. Now, the community hopes the arrests will prevent another tragedy. "My heart aches, but this sends a message," says Luke Gelinas, whose son was friends with Phoebe. "If mean-spirited behavior does harm, you will be held accountable."

**By Bob Meadows and Diane Herbst**

We, victims, have to endure and suffer, and even die, before being heard (???)



**GM** **ACDelco** **UAW**

1999
LOCAL
AGREEMENT

between

GENERAL MOTORS

SERVICE PARTS OPERATIONS

MEMPHIS

and

LOCAL 406

UNITED AUTOMOBILE

AEROSPACE, AND

AGRICULTURAL IMPLEMENT

WORKERS OF AMERICA

**Local Demand Number:** <u>GD063</u>

**Demand:** We demand quarterly picnic/cookouts for the entire plant and have "Larry Roberts" as the official cook.

- 33 -

This is exactly what I mean about GM <u>and</u> the UAW gave Larry Roberts too much power... and he abused them !

# <u>Silent Slavery/ Psychological Abuse</u>

General Motors; SPO of Memphis; Personel Director/ Human Relations,

(HR)  <u>Larry Roberts</u>, The "<u>Master Harasser</u>,"
(Do as I say...........Not as I do)

This man has the authority, power, and control to discipline and <u>fire</u> employees for the <u>same</u> crime that he, <u>himself, is guilty of, in the workplace</u>, because General motors and the UAW allows and condones his slave like actions, with <u>no</u> consequences, to him.

(HR)  Larry Roberts tyrannical history:
(That kept <u>in- house</u> for future intimidating)

- 2000 Larry fired Gloria Smith ( black)
- 2001 Larry threatened to kick Steve Snyder's ass
- 2001 Larry fires <u>Thurman Bates</u> (<u>black</u>)
- → 2001 Larry chastises <u>me</u> for not violating a safety rule (<u>black</u>)
- → 2001 Larry calls me a 'bitch', to my committeeman, Ron Conley, about over time pay
- 2002 Larry fires Ken McCrary (<u>black</u>)
- 2002 Larry gives Donnie Miller a choice, be fired or retire (<u>black</u>)/ <u>white</u> women complaints
- → 2002 Larry <u>ignored me and local president</u>, <u>Lee Thomas</u>, complaints of me being harassed (stalked) <u>sexual harassment</u>, on the job, <u>with eyewitnesses</u>
- → 2002 Larry <u>terminated me</u> for <u>reporting</u> sexual harassment (GM company policy)
- 2002 Larry practices <u>discrimination</u>, by addressing and settling, <u>white</u> women complaints ( white woman complained of boyfriend's harassment (white) and he was disciplined)
- → 2003 Larry sabotages <u>my son's</u> application, for summer help
- 2003 Larry, Danny Boren (UAW Service Rep.) and shop committee, Thad Perrin, all go on to interview, four of my eyewitness, to me being harassed, and <u>still nothing is done to my harasser</u>, <u>Linda Warrior Teague</u>.
- → 2003 Larry <u>yells, curses, and tries to attack me</u>, in the presence of committeeman, Ron Conley. I called <u>9-1-1</u>
- 2003 Larry refers to Johnny Earnest (black), as 'boy'
- 2005 Larry <u>ignores</u>, supervisor, Ralph Dismukes, attempt to discipline <u>Steve Threet</u>, for sexual harassment
- 2006 Larry <u>disciplines</u> Henry, because of sexual harassment complaint, (by 'temp' who had failed drug test, December 2006 Postpones workers relocation moves, to Columbus, causing them psychological stress

...Larry also fired <u>John Teague</u>, plant security, <u>black</u>
(Linda Warrior Teague's husband)

July 21, 2006

# Bush admits many blacks mistrust GOP

**By Deb Riechmann**
The Associated Press

WASHINGTON — President Bush, addressing the NAACP after skipping its convention for five years, said he knows racism exists in America and that many black voters distrust his Republican Party.

Bush lamented the GOP's rocky relations with blacks. He pledged to improve that relationship and work with the NAACP's new leader to achieve common goals.

"I understand that racism still lingers in America," Bush told more than 2,200 people Thursday at the National Association for the Advancement of Colored People's annual gathering. "It's a lot easier to change a law than to change a human heart. And I understand that many African Americans distrust my political party."

That line generated boisterous applause from the audience, which generally gave the president a polite, reserved reception.

"I consider it a tragedy that the party of Abraham Lincoln let go of its historical ties with the African-American community," Bush said. "For too long, my party wrote off the African-American vote, and many African-Americans wrote off the Republican Party."

Black support for Republicans in elections has hovered around 10 percent for more than a decade. In 2004, Bush drew 11 percent of the black vote against Democrat John Kerry.

Most of Bush's talk generated some applause. But many in the convention center stood and clapped when he urged the Senate to renew a landmark civil rights law passed in the 1960s to end racist voting practices, such as poll taxes and literacy tests, in Southern states.

The Senate passed the bill 98-0 later Thursday and sent it to the White House. The House passed the bill last week 390-33.

For five years in a row, Bush had declined invitations to address the oldest and largest civil rights organization in the nation. This year, he said yes, knowing that he would be facing a tough crowd.

According to AP-Ipsos polling conducted in June and July, 86 percent of blacks disapprove of the way Bush is handling his job, compared with 56 percent of whites who disapprove.

While the audience was cordial, some NAACP members were disappointed that the president did not mention the war in Iraq. During Bush's speech, two NAACP members from Louisiana held their hands in the air to display the two-fingered "V" peace symbol.

Others expressed dismay that Bush did not offer more substantive remarks about issues such as education and the economy. The unemployment rate for blacks was 9 percent in June — nearly twice the national jobless rate of 4.6 percent.

Relations have improved under the leadership of current NAACP



The Associated Press • Ron Edmonds

President Bush is introduced by NAACP President Bruce Gordon before Bush's speech to the group's annual convention in Washington, D.C.

President Bruce Gordon.

Gordon, who introduced Bush at the convention, has met with him three times in the year that he has headed the civil rights group. That compares with one meeting Bush had with Kweisi Mfume, Gordon's predecessor.

"We found areas where we share common purpose, and we have resolved to work together in practical ways," Bush said. "I don't expect Bruce to become a Republican — and neither do you. But I do want to work with him, and that's what I'm here to talk to you about."

JXB/Aug 9, 2003

3,3-665-6526

8-9-05
IC2 JXB
(Heather)

# GM Awareness

2002     1-800-244-3460

→ Sept 26: 1st complaint     CASE ID: 9GM2602     C32
(Emerson)
2002

~~Steven:~~

Sept 27: I told Darell Manning about the treat-
ment I was recieving from management and
he said he was on his way to a meeting and
would ask management about it.

(fired) Oct 1: Larry Roberts told Lee Thomas (President) and
Ron Conley (committeeman) he was going to talk
to me, that day, and get statements from my
witnesses. We did talk and he told me that
he was not going to any witnesses. We dis-
cussed the reasons ~~be~~ I feel that I have been
harassed and he told me that "in my eyes, that ) The
is not harrassment", and "terminated" me, and } Master
said I could not return until after I have been } Harasser
(Dr. Serino→) evaluated. (Mgt took my badge)

Oct 2: I went to Dr. Serino for that appointment
Oct 3: I called GM Awareness to report update

Jan. 9, 2003
Dec. 28, 2002, Robert Marzette, a retiree came to
plant, with his wife, to visit. His wife stayed in the
car and she told me that she is afraid for me, from
what she heard from her husband, Linda Teagues friend
while he was working, that Linda is evil and sneaky
and JoAnn advised me to get a restraining order,
for my own protection
    On Jan 3, the other couple, (after mine) for harassment,
has since gotten back together, (NOW Married)
(Ron, Health & Safety, and Robin Collins)

*Sudden money stoppage*

## TO BE COMPLETED BY ATTENDING PHYSICIAN
(Grievance)    (Please Type or Print)    is for the same time period

ice dates: Wrongful termination and Sickleave,    Claim #: 420210088950

ient's name _Mary K. Miller_      Age (45)

Please state:
(a) Patient's complaints _Frustration that she could not get support at work_

(b) Objective findings (including results of x-rays, laboratory tests, diagnostic studies, B/P, etc., if relevant):
_NA_ **(fitness for duty examination)**

(c) IMPORTANT: Please include the appropriate ICD-9-CM code(s) with your written diagnosis below.

ICD-9-CM code(s): _309.9_

**Diagnosis:**
Primary: _Adjustment Disorder, NOS_
Secondary: _____

(d) If claimant is pregnant, indicate estimated date of delivery _NA_

Give all dates of treatments by you during this period of disability:
Office _10-2, 10-4, 10-7 + 10-14 -2002_    } Same time as discharge Emer. #861403
Hospital/Facility _____

If the patient was confined as a registered bed patient in a legally constituted hospital or in an approved substance abuse facility during this period of disability, please answer the following:
(a) Name and address of hospital or facility _NA_
(b) Date of admission _____ 20 ____ Date of discharge _____ 20 ___

If any surgical or obstetrical procedure was performed during this period of disability, please complete the following:
Date of procedure _____ 20 ____ Procedure performed _____

Based on your personal knowledge and treatment, how long has the patient been totally disabled solely by this sickness or injury so as to be prevented from working?
From _10-2_ 20 _02_ to and including _10-14_ 20 _02_

Has the patient recovered sufficiently to return to work? Yes [X] No [ ]
a) If "Yes", give the date the patient was able to return to work _10-15_ 20 _02_
b) If "No", when, in your opinion, may work be resumed? (Please do not use the terms "indefinite", "unknown", "undetermined", etc. if a definite date cannot be determined, please approximate in days, weeks or months, how long total disability will continue from the date of the most recent treatment as indicated above.) _____ 20 ____

n your opinion, is the patient's disability caused by work for General Motors or any other employer? (Yes [X]) No [ ]
"Yes", please explain _Conflict with co-worker was not handled by management in such a manner that could have prevented the disorder._

applicable, is the patient MENTALLY capable of transacting personal affairs (for instance, the endorsing of checks) with the alization of the nature and consequences of such acts? Yes [X] No [ ]

ysician's name and title (Please type or print) (_Robert M. Serino, PhD._)

ecialty _Clinical Psychologist_    Telephone (_901_) _761-2622_

fice address _5170 Sanderlin, Suite 204 Memphis TN 38117_
     Number    Street      City    State    Zip Code

ployer ID No. _62-1352842_ or S.S.No. _____
te Completed _10-14_ 20 _02_ Physician's signature _Robert M. Serino PhC_
s-mv

(fitness for duty examination)    (n)

# Nation/World

**A9** (FRIDAY, JULY 23, 2010) THE FLINT JOURNAL • **Mlive.com**

## White House issues its regrets

WASHINGTON — President Barack Obama on Thursday conveyed his regrets to former federal official Shirley Sherrod over her ouster in the midst of a racially-tinged firestorm that ensnared the White House, Agriculture Department, NAACP and an Internet blogger.



Shirley Sherrod

"The president told Ms. Sherrod that this misfortune can present an opportunity for her to continue her hard work on behalf of those in need," the White House said.

Sherrod was forced to resign this week after a conservative blogger posted an edited video of her recalling her reluctance 24 years ago to help a poor white farmer seeking government help. She said the posting took out of context a talk she gave urging racial reconciliation.

I was fired, and sent to psychiatrist, _before_, anyone, management or union, would interview my eye witnesses to me being sexually harassed, daily, by female co-worker (bullied)

Oct. 25 2002

NOT    GRIEVANCE    (1- C 861325)

(6 - A) INVESTIGATION - HARASSMENT
(Done by Civil Rights Chairman, Millie Williamson)

GRIEVANT - MARY MILLER.

APTER GOING OVER MARY, "PERSONAL FILE"
READING of GRIEVANCE AND ALL OTHER
COMMUNICATION ON FILE, I BEGAN
TO INTERVIEW ALL WITNESSES

(witness)
NATE PEARSON, NATE, DID OBSERVE
Linda, IN THE AREA WHERE MARY.
ASKED HIM TO WATCH, BUT HE STATED
Did NOT Know if Linda, WAS THERE FOR
HAT PARTICULAR REASON OR WAS IT JUST
COINCIDENSE.

Millie hid this report from everyone )

(1)

(witness)

OYCE MAYS, JOYCE OBSERVED
LINDA FOLLOWING MARY, WHERE EVER
MARY, WAS LINDA WOULD SHOW UP,
BATH ROOM, BREAK AREA, M.R. AREA AND
THEN WOULD ACUSE MARY, OF BEING
IN HER WAY.

(witness)

ARTHA FARROW, NEVER HEARD A VERBAL
T OBSERVED LINDA, WATCHING FRED +
ARY, DURING BREAK TIME, AND
SO DURING LUNCH TIME IN M.R
REA.

NA ROBINSON
ABSENT ON DAY OF INVESTI-
ATION.

(3)

DEBRA BLOUNT, OBSERVER LINDA, ROLLIN,
HER EYES + GIVING MARY NASTY
LOOKS IN THE LOCKER ROOM.

(EAP, Mgt, and also a minister) ↓
SUPERVISOR MIKE FORNEY,
COUNSEL BOTH, AND REMINDED
THEY of SHOP RULES. (A 'lie')
→ (The following year, May of 2003, Mike Forney caught Linda harassing Me and reported it)
I KNOW IT'S NOT MY JOB TO
MAKE RULING IN ANY CASE
BUT, AFTER READING MARY
FILE, AND ALSO TALKING TO HER.
I WOULD SAY THIS NOT WORK
RELATED, MARY STATED MORE THAN
ONCE WHERE THIS STARTED FROM
AND ALL THE PEOPLE ENVOIVED
NOT EVEN EMPLOYED HERE. **
?
PLEASE SEE ATTA... FILE (3) M.B. William
civil right



Russell 2000

-35.98
▼
475.84

A6

May 17, 2009
SUNDAY
The Flint Journal

# More women bullying each other at work

## Studies find gender bias in many on-the-job attacks

**By Mickey Meece**
The New York Times

Yelling, scheming and sabotaging: All are tell-tale signs that a bully is at work, laying traps for employees at every pass.

As stress levels rise during this downturn, workplace researchers say, bullies are likely to sharpen their elbows and ratchet up their attacks.

It's probably no surprise that most of these bul-

examples of how women — more so than men — have mistreated them.

"I've been sabotaged so many times in the workplace by other women, I finally left the corporate world and started my own business," said Roxy Westphal, who runs the promotional products company Roxy Ventures Inc. in Scottsdale, Ariz. She still recalls the sting of an interview she had with a woman 30 years ago that "turned

**Bullying:** More women bullying at work | ◄ A6

targets "is probably some idea that they can find a less confrontative person or someone less likely to respond to aggression with aggression," said Gary Namie, research director for the Workplace Bullying Institute, which ordered the study in 2007.

But another dynamic may be at work. After five decades of striving for equality, women make up more than 50 percent of management, professional and related occupations, said Catalyst, a nonprofit research group. And yet, its 2008 census found, only 15.7 percent of Fortune 500

officers and 15.2 percent of directors were women.

Leadership specialists wonder whether women are being "overly aggressive" because there are too few opportunities for advancement. Or is it stereotyping and women are only perceived as being overly aggressive?

Research on gender stereotyping from Catalyst suggests that no matter how women choose to lead, they are perceived a "never just right." What's more, the group found, women must work twice as hard as men to achieve th same level of recognition

"Women are trying to figure out the magical keys to the kingdom," sai Laura Steck, president of the Growth and Leadersh Center in Sunnyvale, Cal

# Bullying :



(Verbal Abuse) (Physical)
Mgt yelling, cursing at me, then tried to attack me. **A6**

Union witnessed, prevented, then condoned physical threat

Committeeman Ron Conley witnessed entire conversation and attempted attack (He was the one who intervened)

( HR )
Mgt, Personel Director

**EMPLOYEE GRIEVANCE** **No. C 861464**

Dept. Seni Bld Date 7-3 03 Time 12.05 A.M. P.M.

# Work Place Violence

Nature of Grievance charge mgt

Charge Larry Roberts with threatening & Intimidation

Treatening & Intimidation
White male Mgt against me)

I demand Mgt cease, (Cease and Larry Roberts be counseled in (Detroit)

Sexual Harassment
(Retaliation)
(wrote grievance Mar. 2003)

Signed Mary W Miller SS#/ Clock No.
Committeeman Jim Conley
Reported to _____ Foreman

Disposition by Foreman
Charges + demands denied

# Larry Roberts :
This is the Same Mgt Leader who "wrongfully fired me" in Oct 2002
Date 07-03-03 (Retaliation)
Grievance Satisfactorily Settled

*[handwritten across top:]* Grievance Appeal Denied



**GARY CASTEEL**
DIRECTOR - REGION 8

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA • U

RON GETTELFINGER, PRESIDENT                    ELIZABETH BUNN, SECRETARY-TREASURER

VICE PRESIDENTS

GERALD BANTOM  ·  NATE GOODEN  ·  BOB KING  ·  CAL RAPSON  ·  RICHARD SHOEMAKER

August 4, 2005

REPLY TO:
151 MADDOX-SIMPSON PARKWA
LEBANON, TN 37090-5345
PHONE: 615-443-7654
FAX: 615-443-7697
www.uawregion8.org

*[handwritten:]* ✳✳✳ UAW condoning the threats, verbal abuse, and attempted attack to me from Larry Roberts ✳✳✳

Mary Miller
℅ Tom Knox
3761 Haiding Drive
Columbus, Ohio 43228

Dear Mary Miller:

*[handwritten:]* Not even correct, #861464

This letter is to inform you that your grievance (#561464) which was appealed by membership action, has been withdrawn by the International Union. I can assure you that Mr. Roberts has been thoroughly admonished and strongly counseled by the International Union for his inappropriate behavior. *[handwritten: (If it had been the reverse, I'd been fired again]*

*[handwritten left margin: Larry Roberts, 'Master Harasser']*

*[handwritten: (Work Place Violence, Sexual harassment)]*

Your appeal #AA-6 by membership was withdrawn due to a lack of merit.

I was informed by the Local that your relief requested and reason for appeal was for "pain and suffering." Our negotiated agreement between the parties doe not allow for such remedy.

Fraternally,

✱ *Danny Boren* , Conducted 2nd interview, Jan 2003

Danny Boren, Int'l Rep.
Region 8, UAW

DB/sd
opeiu494

cc: Gary Casteel – Director, Region 8
     Thad Perrin – Chairman, Local 2406

*The Flint Journal* June 18, 2006

*{ More ignored discrimination }*

## Offers: Deadline looms for workers on buyout offers ◄ A1

his wife, Pam's, plans to build an addition onto their home or purchase a new house.

Ebner is playing it cool.

He's met with a financial consultant and talked the issue over with his wife. He says he'll probably decide to retire, but he won't fill out the necessary paperwork until the deadline. He's hoping to at least keep working until the end of the year.

"I'll probably file on the 22nd or 23rd just to make sure nothing else happens," Ebner said.

"My biggest concern with retiring is the economics of it. Nobody ever knows how long they are going to live. You don't want to run out of money too soon. But you always want to get out early enough so that you're still in good health and can enjoy retirement."

As usual, Delphi and GM are mum on how many people have already taken the buyouts and how many last-minute people may file this week.

GM wants to shed 20,000 workers through the buyouts; some reports indicate as many as 30,000 might grab a deal to leave early.

Delphi has about 33,000 U.S. hourly employees, but it wants to eliminate thousands of jobs as part of a plan to exit Chapter 11 bankruptcy in mid-2007.

"We don't characterize or project what we may take in and won't have any comments until later and when we finalize the results," said Delphi spokesman Brad Jackson.

The final buyout numbers probably won't be made public for two months or more, he said.

The decision is especially hard for workers who aren't near traditional retirement age.

Flint Township resident Tracy Shaheen and her husband, Shaheen Shaheen, both work for Delphi Flint East and have decided to stay.

Tracy, 11 years' seniority, is eligible for a new $140,000 buyout offered this month to Delphi workers.

Her husband has 28 years on the job and is eligible for a plan that would allow him to retire now.

They're both still young,

though. She's 32 and he's 46, and they've asked to flow back into a Flint-area GM plant.

"We're getting ready to start a family and it's not in our future to leave," Tracy Shaheen said. "I firmly believe our union will take care of me. I think they are doing everything they can to take care of us."

At the same time, Mt. Morris Township resident Ray Renaud made up his mind to retire fairly easily and figures the buyout plans were aimed at older workers like him. He's bitter about the whole thing.

Renaud is 67 and has 44 years of seniority, but he didn't want to leave. He officially retired June 1 from the GM Service and Parts Operation Plant in Swartz Creek.

"I'm glad to be out of there. It was time. My children are extremely happy I'm out of there," he said.

Renaud isn't happy with the way GM treated him in recent years, saying the company gave him heavy labor and made him a janitor. He filed age and ~~racial discrimination~~ grievances (he's white) against GM but said they went nowhere.

*} Me too*



Swartz Creek SPO

The Flint Journal • Lisa DeJong

★ ▲ **Ray Renaud**, 67, of Mt. Morris took a **$140,000** buyout to cut his ties with General Motors, where he worked for 44 years. "I just felt my future would be more secure to be completely broken from GM," he said.

SOCIAL SECURITY ADMINISTRATION

**Refer to: TLC**

Office of Disability Adjudication
and Review
5107 Leesburg Pike
Falls Church, VA 22041-3255
Telephone: (703) 605-8000
Date:
JUN 2 2 2009

## NOTICE OF APPEALS COUNCIL ACTION

Ms. Mary Kay Miller
2019 Kenwood Drive
Flint, MI 48532

This is about your request for review of the Administrative Law Judge's decision dated
December 5, 2008.

### We Have <u>Denied</u> Your Request for Review

We found no reason under our rules to review the Administrative Law Judge's decision.
Therefore, we have denied your request for review.

This means that the Administrative Law Judge's decision is the final decision of the
Commissioner of Social Security in your case.

### Rules We Applied

We applied the laws, regulations and rulings in effect as of the date we took this action.

Under our rules, we will review your case for any of the following reasons:

- The Administrative Law Judge appears to have abused his or her discretion.

- There is an error of law.

- The decision is not supported by substantial evidence.

- There is a broad policy or procedural issue that may affect the public interest.

- We receive new and material evidence and the decision is contrary to the weight of all the
  evidence now in the record.

### If You Disagree With Our Action

If you disagree with our action, you may ask for court review of the Administrative Law
Judge's decision by filing a civil action.

See Next Page

Mary Kay Miller (███████████)                                      Page 2 of 3

If you do not ask for court review, the Administrative Law Judge's decision will be a final decision that can be changed only under special rules.

## How to File a Civil Action

You may file a civil action (ask for court review) by filing a complaint in the United States District Court for the judicial district in which you live.  The complaint should name the Commissioner of Social Security as the defendant and should include the Social Security number(s) shown at the top of this letter.

You or your representative must deliver copies of your complaint and of the summons issued by the court to the U.S. Attorney for the judicial district where you file your complaint, as provided in rule 4(i) of the Federal Rules of Civil Procedure.

You or your representative must also send copies of the complaint and summons, by certified or registered mail, to the Social Security Administration's Office of the General Counsel that is responsible for the processing and handling of litigation in the particular judicial district in which the complaint is filed.  The names, addresses, and jurisdictional responsibilities of these offices are published in the Federal Register (70 FR 73320, December 9, 2005), and are available on–line at the Social Security Administration's Internet site, http://policy.ssa.gov/poms.nsf/links/0203106020.

You or your representative must also send copies of the complaint and summons, by certified or registered mail, to the Attorney General of the United States, Washington, DC  20530.

## Time To File a Civil Action

- You have 60 days to file a civil action (ask for court review).

- The 60 days start the day after you receive this letter.  We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.

- If you cannot file for court review within 60 days, you may ask the Appeals Council to extend your time to file.  You must have a good reason for waiting more than 60 days to ask for court review.  You must make the request in writing and give your reason(s) in the request.

You must mail your request for more time to the Appeals Council at the address shown at the top of this notice.  Please put the Social Security number(s) also shown at the top of this notice on your request.  We will send you a letter telling you whether your request for more time has been granted.

## About The Law

The right to court review for claims under Title II (Social Security) is provided for in Section

See Next Page

Mary Kay Miller (█████████)                                Page 3 of 3

205(g) of the Social Security Act. This section is also Section 405(g) of Title 42 of the United States Code.

The right to court review for claims under Title XVI (Supplemental Security Income) is provided for in Section 1631(c)(3) of the Social Security Act. This section is also Section 1383(c) of Title 42 of the United States Code.

The rules on filing civil actions are Rules 4(c) and (i) in the Federal Rules of Civil Procedure.

**If You Have Any Questions**

If you have any questions, you may call, write, or visit any Social Security office. If you do call or visit an office, please have this notice with you. The telephone number of the local office that serves your area is (810)239-5608. Its address is:

> Social Security
> 1149 Robert T. Longway
> Flint, MI 48503-1850

> Barbara J. Johnson
> Administrative Appeals Judge

cc: Joseph E. Houle
    100 Galleria Officentre
    Suite 411
    Southfield, MI 48034

SmartZone Communications Center Collaboration Suite                mkm0220@comcast.net

Re: sexual Harassment within GM/UAW        Wednesday, January 07, 2009 5:45:24 PM

From: senator@stabenow.senate.gov
   To: mkm0220@comcast.net

January 7, 2009


Mary Miller
2019 Kenwood Dr
Flint, MI 48532


Thank you . . .

. . for contacting me regarding resolving a sexual harassment claim against General Motors and
the UAW.

Unfortunately, I am not able to be of assistance because this matter is under the jurisdiction of the
judicial system.  United States Senate rules prevent me from becoming involved in matters under
the authority of the courts or other judicial bodies.

If you are in need of an attorney, the State Bar of Michigan, Lawyer Referral Service, provides a
toll free number that may be of assistance to you: (800) 968-0738.

I appreciate you sharing your concerns with me.  Please do not hesitate to contact my office again
if I can be of assistance on a federal issue of concern to you.


Sincerely,
Debbie Stabenow
United States Senator

DS:hh

Zimbra: mkm0220@comcast.net
2:10-cv-14230-SJM-MKM   Doc # 1   Filed 10/21/10   Pg 49 of 50   Pg ID 49
Page 1 of 2

SmartZone Communications Center Collaboration Suite                    mkm0220@comcast.net

Re: sexual Harassment within GM/UAW                    Tuesday, May 11, 2010 5:32:57 PM
From: mkm0220@comcast.net
   To: senator@stabenow.senate.gov

I am so disappointed that even **you**, a female, who handle **federal issues**, would go along with Corporate America, by disregarding 'my' cries for help, for the '10' agonizing years I have been withering away because of the negative emotional and financial affects, of **BULLYING**, in General Motors. You know that **BULLYING**, is an up-front, and out-in-the-open version, of **terrorism** because the BULLIES are proud to be seen and proud knowing that they cause their victims to hurt themselves, or worst, KILL themselves. BULLIES can be <u>stopped</u> ---'if' the victims, and their proof is taken serious, and NOT blown off.
Terrorist and BULLIES have the <u>same</u> goals: to intimidate, kill, and destroy. But yet, America's terrorists get special treatment, and 'protection'. An African American female doesn't stand a chance. The terrorists get recognition and protection, but 'we' get **nothing** but ignored, and more harassments and intimidations. White women and students get trials, **after** they have committed suicide. Is that what it's going to take, in order for 'my' family to present my '10' year evidence and proof of chronic BULLYING, in order to recover all that 'we' have lost? I thank **God** I've had a therapist, for years, who does listen to me...and believes me.

----- Original Message -----
From: "Senator Debbie Stabenow" <senator@stabenow.senate.gov>
To: mkm0220@comcast.net
Sent: Wednesday, January 7, 2009 5:45:24 PM GMT -05:00 US/Canada Eastern
Subject: Re: sexual Harassment within GM/UAW

January 7, 2009

Mary Miller
2019 Kenwood Dr
Flint, MI 48532

Thank you . . .

. . for contacting me regarding resolving a sexual harassment claim against General Motors and the UAW.

Unfortunately, I am not able to be of assistance because this matter is under the jurisdiction of the judicial system. United States Senate rules prevent me from becoming involved in matters under the authority of the courts or other judicial bodies.

If you are in need of an attorney, the State Bar of Michigan, Lawyer Referral Service, provides a toll free number that may be of assistance to you: (800) 968-0738.

I appreciate you sharing your concerns with me. Please do not hesitate to contact my office again if I can be of assistance on a federal issue of concern to you.

Sincerely,
Debbie Stabenow
United States Senator

DS:hh