UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY MILLER,

    Plaintiff,                                  Case No. 10-cv-14230

v.                                            HONORABLE STEPHEN J. MURPHY, III

GENERAL MOTORS CO. and
UNITED AUTO WORKERS,

    Defendants.

_____/

### **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order dated April 18, 2011, the complaint is **DISMISSED**.

Dated at Detroit, Michigan this eighteenth day of April..

                                                   DAVID J. WEAVER
                                                   CLERK OF THE COURT

                                                   BY: s/C. Cohron

APPROVED:

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 18, 2011, by electronic and/or ordinary mail.

                                          s/Carol Cohron
                                          Case Manager