UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY K. MILLER,

    Plaintiff,

v.

GENERAL MOTORS CORP. and UNITED
AUTO WORKERS,

    Defendants.
    _____/

Case No. 10-cv-14230

HONORABLE STEPHEN J. MURPHY, III

**ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT** (docket no. 20)

The Court closed this matter on April 18, 2011, after Plaintiff failed to comply with an order directing her to properly serve process on Defendants, as required by Civil Rule 4. Plaintiff has now filed a motion under Civil Rule 60 seeking relief from the Court's judgment against her. The motion is without merit. Miller's motion does not identify a "clerical mistake" or "oversight" that would lead the Court to correct its previous order. Fed. R. Civ. P. 60(a). Moreover, because the motion presents the same arguments Plaintiff presented to the Court regarding why her case should not be dismissed in the first instance, relief cannot be granted under Civil Rule 60(b). *McLaurin v. Northland Sec. Police Detail*, 946 F.2d 895 (6th Cir. 1991) (table) (ruling that district court did not abuse its discretion by denying a Civil Rule 60(b) motion that presented "the same arguments that [plaintiff] made numerous times before" and "did not present any new matters for reconsideration"). Accordingly, the Court will deny the motion.

**WHEREFORE**, it is hereby **ORDERED** that Plaintiff's motion for relief from judgment (docket no. 20) is **DENIED**.

**SO ORDERED**.

                                                s/Stephen J. Murphy, III
                                                STEPHEN J. MURPHY, III
                                                United States District Judge

Dated: October 4, 2011

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 4, 2011, by electronic and/or ordinary mail.

                                                Carol Cohron
                                                Case Manager